**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

2015 JUL -2 AM 9: 26

CLERK OF COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 4:15-CR-152-A(05) |
| | § | |
| ANGELA CUPIT | § | |

### DEFENDANT'S MOTION TO AMEND CONDITIONS OF PRETRIAL RELEASE

TO THE HONORABLE JOHN McBRYDE, UNITED STATES DISTRICT JUDGE:

Angela Cupit, through her counsel, hereby respectfully files this Motion to Amend Conditions of Pretrial Release, and, in support thereof, would respectfully show the Court as follows:

1. Defendant Cupit was released in this case on conditions of pretrial release by order dated June 19, 2015 [Doc 42].

2. Condition number 'g' of the pretrial release order mandated that she "avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: co-defendants."

3. Defendant Cupit is married to James Gatlin, a co-defendant in this case, who is currently incarcerated in the Parker County Detention Center pending trial.

4. Defendant Cupit requests the Court to modify her conditions of release to allow her to visit her husband, James Gatlin, while he is incarcerated pending trial.

5. The undersigned attorney contacted Mr. Shawn Smith, the Assistant U. S. Attorney representing the Government in this case to determine whether he opposes this Motion to Modify.

Mr. Smith stated that he does not oppose this Motion to Modify as long as Defendant Cupit and Defendant Gatlin do not discuss this case.

## CONCLUSION

For all these reasons, Angela Cupit respectfully requests that this Honorable Court amend her conditions of pre-trial release to allow her to communicate with her husband, James Gatlin, while he is incarcerated pending trial.

Respectfully submitted,

Stickels & Associates,
P.C. P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479 - 9282
Fax: (817) 622 – 8071

BY: _____
John W. Stickels
State Bar No. 19225300
Attorney for Angela Cupit

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Document on the Assistant United States Attorney Shawn Smith U. S. Probation Officer on July 2, 2015.

_____
John W. Stickels
Attorney for Defendant

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 26, 2015, I conferred contacted Mr. Shawn Smith, the Assistant U. S. Attorney representing the Government in this case to determine whether he opposes this Motion to Modify. Mr. Smith stated that he does not oppose this Motion to Modify as long as Defendant Cupit and Defendant Gatlin do not discuss this case.

_/s/ John W. Stickels_
John W. Stickels
Attorney for Defendant