UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § | CASE NO. No. 4:15-CR-152-A(5) |
| ANGELA CUPIT | | |

### DEFENDANT ANGELA CUPIT'S MOTION FOR AN UNDER-GUIDELINE SENTENCE VARIANCE AND JUDICIAL RECOMMENDATIONS TO THE FEDERAL BUREAU OF PRISONS FOR THE RESIDENTIAL DRUG ABUSE PROGRAM (RDAP), EDUCATIONAL AND VOCATIONAL TRAINING, PARENTING AND LIFESTYLE CLASSES

TO THE HONORABLE JOHN H. MCBRYDE, UNITED STATES DISTRICT JUDGE:

COMES NOW, Angela Cupit, (Cupit), the defendant, through her attorney, John W. Stickels, and hereby files this motion for an under-guideline sentence variance and judicial recommendations to the Bureau of Prisons for the Residential Drug Abuse Program (RDAP), Educational and Vocational Training, Parenting and Lifestyle Classes, pursuant to *United States v. Booker*, 543 U.S. 220 (2005), Title 18 U.S.C. §§ 3561(a), 3562, and 3553(a), and U.S. Department of Justice Federal Bureau of Prisons Program Statement 5100.08, and respectfully shows:

1. The Presentence Report (PSR) recommends the Court impose a sentence within the United States Sentencing Guidelines (USSG) range based on a Total Offense Level of 39, Criminal History Category II, to be satisfied by a sentence of imprisonment 292 to 365 months;

1

2. The United States Sentencing Guidelines are advisory only;

3. The PSR determines that the Court shall consider all the factors listed in 18 U.S.C. § 3553(a), as well as any information provided pursuant to 18 U.S.C. § 3661 in determining the applicability of a guideline sentence versus the imposition of a non-guideline (variance) sentence;

4. A factor considered by the BOP when making designation determinations is judicial recommendations; and

5. There are mitigating factors and 18 U.S.C. 3553(a) factors applicable in this case that support an under-guideline sentence variance.

WHEREFORE, PREMISES CONSIDERED, Defendant Cupit respectfully prays the Court impose a downward sentence variance and judicial recommendations to the Bureau of Prisons.

Respectfully submitted,

Stickels & Associates, P.C.
P. O. Box 121431
Arlington, Texas 76012
Phone: (817) 479 - 9282
Fax: (817) 622 - 8071

BY: _____
John W. Stickels
State Bar No. 19225300
Attorney for Angela Cupit

2

## CERTIFICATE OF SERVICE

    I certify that I served a copy of the foregoing Motion by on the Assistant United States Attorney Shawn Smith and on Mirenda Kirksey, U.S. Probation Officer on December 9, 2015.

_____
Attorney for Angela Cupit